UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICKEY VASQUEZ,

                    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

No.  2:15-CV-0273-FVS

ORDER OF DISMISSAL

BEFORE THE COURT is Plaintiff's Motion to Dismiss. ECF No. 15. Defendant does not object to Plaintiff's motion. ECF NO. 16. After considering the previously filed Notice of Voluntary Dismissal (ECF No. 13), the Plaintiff's motion, and FRCP 41(a),

IT IS ORDERED that Plaintiff's claims are dismissed with prejudice.

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant and the file shall be **CLOSED**.

DATED August 29, 2016.

_____s/ Fred Van Sickle_____
Fred Van Sickle
Senior United States District Judge

ORDER - 1